BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
Ramzi Abadou (222567)
rabadou@btkmc.com
Erik D. Peterson (257098)
epeterson@btkmc.com
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*[Proposed] Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ANTHONY ANDRADE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN APPAREL, INC., DOV CHARNEY, ADRIAN KOWALEWSKI, MARTIN BAILEY and JOYCE E. CRUCILLO,<br><br>Defendants. | No. 10-cv-06352-MMM (RCx)<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF RAMZI ABADOU IN SUPPORT OF THE MOTION OF CHARLES RENDELMAN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL<br><br>DATE: January 24, 2011<br>TIME: 10:00 a.m.<br>ROOM: 780<br>JUDGE: Margaret M. Morrow |

[Captions continued on next page]

| | | |
|---|---|---|
| 1 | DOUGLAS ORMSBY, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   v.<br><br>AMERICAN APPAREL, INC., DOV CHARNEY, ADRIAN KOWALEWSKI, MARTIN BAILEY and JOYCE E. CRUCILLO,<br><br>              Defendants. | ) No. 10-cv-06513-MMM (RCx)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| 2 | JAMES COSTA, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   v.<br><br>AMERICAN APPAREL, INC., DOV CHARNEY, ADRIAN KOWALEWSKI, MARTIN BAILEY and JOYCE E. CRUCILLO,<br><br>              Defendants. | ) No. 10-cv-06516-MMM (RCx)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| 3 | WESLEY CHILDS, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   v.<br><br>AMERICAN APPAREL, INC., DOV CHARNEY, ADRIAN KOWALEWSKI, MARTIN BAILEY and JOYCE E. CRUCILLO,<br><br>              Defendants. | ) No. 10-cv-06680-GW (JCGx)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to 28 U.S.C. § 1746, Ramzi Abadou declares as follows:

1. I am a member of the bar of the State of California and a partner with the law firm of Barroway Topaz Kessler Meltzer & Check, LLP, proposed lead counsel for Charles Rendelman ("Mr. Rendelman").

2. I respectfully submit this declaration in support of Mr. Rendelman's motion for consolidation, appointment as lead plaintiff and for approval of lead plaintiff's selection of lead counsel.

3. Attached hereto are true and correct copies of the following exhibits:

    Exhibit A: Notice of pendency of class action published by *Business Wire*, a national business-oriented publication, dated August 25, 2010;

    Exhibit B: Mr. Rendelman's sworn certification;

    Exhibit C: Chart of transactions and losses in American Apparel securities; and

    Exhibit D: Firm biography for Barroway Topaz Kessler Meltzer & Check, LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 25, 2010        */s/ Ramzi Abadou*
                                          Ramzi Abadou

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I further certify that on October 25, 2010, I served the same document by U.S. Postal service on the parties on the attached manual notice list who are not registered participants of the ECF system.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 25, 2010.

*/s/ Ramzi Abadou*
Ramzi Abadou
BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
580 California Street, Suite 1750
San Francisco, CA 94104
Phone: (415) 400-3000
Fax: (415) 400-3001

DECLARATION IN SUPPORT OF MOTION
FOR LEAD PLAINTIFF APPOINTMENT
No. 10-cv-06352-MMM (RCx)    -2-

# Mailing Information for a Case 2:10-cv-06352-MMM -RC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com

- **Harriet S Posner**
  hposner@skadden.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Mitchell M Z Twersky**
  mtwersky@aftlaw.com

- **David C Walton**
  davew@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher M Wood**
  cwood@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Arthur J Chen
Abraham Fruchter & Twersky LLP
One Pennsylvania  Plaza Suite 2805
New York, NY 10119

Jack G Fruchter
Abraham Fruchter & Twersky LLP
1 Pennsylvania Plaza  Suite2805
New York, NY 10119
```