BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
Ramzi Abadou (222567)
rabadou@btkmc.com
Stacey M. Kaplan (241989)
skaplan@btkmc.com
Erik D. Peterson (257098)
epeterson@btkmc.com
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

[Proposed] Lead Counsel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IN RE AMERICAN APPAREL, INC. SHAREHOLDER LITIGATION | Case No. CV-10-6352 MMM (JCGx) <br><br> CLASS ACTION <br><br> DECLARATION OF RAMZI ABADOU IN SUPPORT OF MEMORANDUM OF LAW IN FURTHER SUPPORT OF CHARLES RENDELMAN'S LEAD PLAINTIFF MOTION <br><br> DATE: March 7, 2011 <br> TIME: 10:00 a.m. <br> ROOM: 780 <br> JUDGE: Hon. Margaret M. Morrow |

Pursuant to 28 U.S.C. §1746, Ramzi Abadou declares as follows:

1. I am a member of the bar of the State of California and a partner with the law firm of Barroway Topaz Kessler Meltzer & Check, LLP, proposed lead counsel for Charles Rendelman.

2. I respectfully submit this declaration in support of Mr. Rendelman's supplemental response in further support of his lead plaintiff motion.

3. Attached hereto are true and correct copies of the following exhibits:

Exhibit 1: Videotaped Deposition of Charles Rendelman, taken February 11, 2011;

Exhibit 2: Letter from Stacey M. Kaplan to Christopher M. Wood, dated February 4, 2011; and

Exhibit 3: *PR Newswire* Press Release, dated August 31, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 14, 2011

Respectfully submitted,

BARROWAY TOPAZ KESSLER
  MELTZER & CHECK, LLP

*/s/ Ramzi Abadou*
Ramzi Abadou
Stacey M. Kaplan
Erik D. Peterson
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I further certify that on February 14, 2011, I served the same document by U.S. Postal service on the parties on the attached manual notice list who are not registered participants of the ECF system.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 14, 2011.

*/s/ Ramzi Abadou*
Ramzi Abadou

## Mailing Information for a Case 2:10-cv-06352-MMM -JCG

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@btkmc.com,shebard@btkmc.com

- **David E Bower**
  dblaw@mindspring.com,dbower@zlk.com

- **Arthur J Chen**
  Achen@aftlaw.com

- **Jack G Fruchter**
  jfruchter@aftlaw.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael Marc Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,asohrn@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com,lglancy@glancylaw.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Erik David Peterson**
  epeterson@btkmc.com,knguyen@btkmc.com

- **Harriet S Posner**
  hposner@skadden.com,gijones@skadden.com,nberglun@skadden.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **Mitchell M Z Twersky**
  mtwersky@aftlaw.com

- **David C Walton**
  davew@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher M Wood**
  cwood@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Phillip Kim
The Rosen Law Firm PA
350 Fifth Ave Ste 5508
New York, NY 10118
```