KESSLER TOPAZ
MELTZER & CHECK, LLP
Ramzi Abadou (222567)
rabadou@ktmc.com
Eli R. Greenstein (217945)
egreenstein@ktmc.com
Stacey M. Kaplan (241989)
skaplan@ktmc.com
Erik D. Peterson (257098)
epeterson@ktmc.com
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Lead Counsel for Lead Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

IN RE AMERICAN APPAREL, INC. SHAREHOLDER LITIGATION

This Document Relates To:
ALL ACTIONS

Case No. CV-10-6352 MMM (JCG)
(**Consolidated**)

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to Rule 201 of the Federal Rules of Evidence, Lead Plaintiff Charles Rendelman ("plaintiff") requests the Court to take judicial notice of the following documents, attached as Exhibits to the Declaration of Ramzi Abadou in Support of Lead Plaintiff's Opposition to Defendants' Motions to Dismiss ("Abadou Decl."):

1. A true and correct copy of an excerpt of the *Today Show* (NBC television broadcast March 12, 2011), attached to the Abadou Decl. as Exhibit 1.

2. A true and correct copy of Peter J. Henning's article, *The Importance of Being Audited*, published in the N.Y. Times on June 13, 2011, attached to the Abadou Decl. as Exhibit 2.

3. A true and correct copy of the U.S. Securities and Exchange Commission ("SEC") Office of Investor Education and Advocacy's *Investor Bulletin: Reverse Mergers*, attached to the Abadou Decl. as Exhibit 3.

4. A true and correct copy of the transcript of the Q3 2008 American Apparel Earnings Conference Call on November 10, 2008, attached to the Abadou Decl. as Exhibit 4.

5. A true and correct copy of Louise Story's article, *Politics Wrapped in a Clothing Ad*, published in the N.Y. Times on January 18, 2008, attached to the Abadou Decl. as Exhibit 5.

6. A true and correct copy of an excerpt of American Apparel's SEC Form DEFM14A, filed November 28, 2007, attached to the Abadou Decl. as Exhibit 6.

7. A true and correct copy of an excerpt of American Apparel's SEC Form 10-K, filed March 31, 2010, attached to the Abadou Decl. as Exhibit 7.

8. A true and correct copy of an excerpt of American Apparel's SEC Form 8-K, filed March 16, 2009, attached to the Abadou Decl. as Exhibit 8.

9. A true and correct copy of an excerpt of American Apparel's SEC Form 8-K, filed December 18, 2007, attached to the Abadou Decl. as Exhibit 9.

10. A true and correct copy of David J. Reynolds' article, *Charney, in a First, Buys American Apparel Shares*, published in the Wall Street Journal on March 25, 2009, attached to the Abadou Decl. as Exhibit 10.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Rule 201(b) of the Federal Rules of Evidence provides that "[a] judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." When considering a motion to dismiss, a court's "review is generally limited to the face of the complaint, materials incorporated into the complaint by reference, and matters of judicial notice." *N.M. State Inv. Council v. Ernst & Young LLP*, 2011 U.S. App. LEXIS 7680, at *9 (9th Cir. 2011); *see also Patel v. Parnes*, 253 F.R.D. 531, 545 (C.D. Cal. 2008). The documents for which plaintiff seeks judicial notice satisfy this standard.

**A. Media Regarding Defendants' Business Activities Is Proper for Judicial Notice**

The Court may take judicial notice of media concerning defendants' business activities. *See Patel*, 253 F.R.D. at 549 ("appropriate...to take judicial notice of news articles regarding defendants' stock or corporate activities"); *Heliotrope Gen., Inc. v. Ford Motor Co.*, 189 F.3d 971 (9th Cir. 1999) (taking judicial notice of news articles). Similarly, courts take judicial notice of recordings of television programs referenced in the complaint. *See Zella v. E.W. Scripps Co.*, 529 F. Supp. 2d 1124, 1129 (C.D. Cal. 2007) (judicial notice of DVD of television show). Accordingly, the media concerning American Apparel's business activities is the proper subject of judicial notice. *See* Abadou Decl., Exs. 1-2, 5, 10.

**B. SEC Publications are Proper for Judicial Notice**

Courts routinely take judicial notice of government publications. *See Corrie v. Caterpillar*, 503 F.3d 974, 978 (9th Cir. 2007) (taking judicial notice of government publication); *Clemens v. J.P. Morgan Chase Nat'l Corporate Servs., Inc.*, 2009 U.S. Dist. LEXIS 111646, at *19 n.5 (N.D. Cal. 2009) (same). Accordingly, the SEC Investor Bulletin, attached to the Abadou Decl. as Exhibit 3, is the proper subject of judicial notice.

**C. American Apparel's SEC Filings Are Proper for Judicial Notice**

Courts routinely take judicial notice of company SEC filings that are also cited in the complaint. *See, e.g.*, *Patel*, 253 F.R.D. at 545; *In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999); *Batwin v. Occam Networks, Inc.*, 2008 U.S. Dist. LEXIS 52365, at *5 n.3 (C.D. Cal. 2008). Accordingly, American Apparel's SEC filings are the proper subject of judicial notice. *See* Abadou Decl., Exs. 6-9.

**D. Documents Referenced in the Consolidated Class Action Complaint for Violation of Federal Securities Laws Are Proper for Judicial Notice**

"[D]ocuments whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion to dismiss." *Patel*, 253 F.R.D. at 545, 547 (considering documents referenced in the complaint under the "'incorporation by reference' doctrine") (internal quotations and citations omitted); *In re Amgen Inc. Sec. Litig.*), 544 F. Supp. 2d 1009, 1023 (C.D. Cal. 2008) (same). Accordingly, the documents referenced in the Consolidated Class Action Complaint for Violation of Federal Securities Laws are the proper subject of judicial notice. *See* Abadou Decl., Exs. 1, 4-10.

**CONCLUSION**

For the foregoing reasons, the Court should grant Lead Plaintiff's request for judicial notice.

DATED: June 30, 2011

KESSLER TOPAZ
MELTZER & CHECK, LLP

*/s/ Ramzi Abadou*
Ramzi Abadou
Eli R. Greenstein
Stacey M. Kaplan
Erik D. Peterson
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 30, 2011.

*/s/ Ramzi Abadou*
Ramzi Abadou

# Mailing Information for a Case 2:10-cv-06352-MMM -JCG

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case

- **Ramzi Abadou**
  rabadou@ktmc com,shebard@ktmc com
- **Seth A Aronson**
  saronson@omm com,LitigationCalendar@omm com
- **David E Bower**
  dblaw@mindspring com,dbower@zlk com
- **Arthur J Chen**
  Achen@aftlaw com
- **Jack G Fruchter**
  jfruchter@aftlaw com
- **Lionel Zevi Glancy**
  lglancy@glancylaw com
- **Michael Marc Goldberg**
  mmgoldberg@glancylaw com,dmacdiarmid@glancylaw com,asohrn@glancylaw com,info@glancylaw com,rprongay@glancylaw com,lglancy@glancylaw com
- **Eli R Greenstein**
  egreenstein@ktmc com
- **Stacey M. Kaplan**
  skaplan@ktmc com
- **Chet A Kronenberg**
  ckronenberg@stblaw com
- **Amy J Longo**
  alongo@omm com
- **Danielle Suzanne Myers**
  dmyers@rgrdlaw com,e_file_sd@rgrdlaw com
- **Brian Oliver O'Mara**
  bomara@rgrdlaw com,e_file_sd@rgrdlaw com
- **Erik David Peterson**
  epeterson@ktmc com,knguyen@ktmc com
- **Harriet S Posner**
  hposner@skadden com,gijones@skadden com,nberglun@skadden com
- **Robert Vincent Prongay**
  rprongay@glancylaw com
- **Darren J Robbins**
  e_file_sd@rgrdlaw com
- **Laurence M Rosen**
  lrosen@rosenlegal com
- **Mitchell M Z Twersky**
  mtwersky@aftlaw com
- **David C Walton**
  davew@rgrdlaw com,e_file_sd@rgrdlaw com
- **Christopher M Wood**
  cwood@rgrdlaw com,e_file_sd@rgrdlaw com,e_file_sf@rgrdlaw com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing) You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients

**Phillip Kim**
The Rosen Law Firm PA
350 Fifth Ave Ste 5508
New York, NY 10118