KESSLER TOPAZ
MELTZER & CHECK, LLP
Ramzi Abadou (222567)
rabadou@ktmc.com
Eli R. Greenstein (217945)
egreenstein@ktmc.com
Stacey M. Kaplan (241989)
skaplan@ktmc.com
Erik D. Peterson (257098)
epeterson@ktmc.com
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Lead Counsel for Lead Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE AMERICAN APPAREL, INC. SHAREHOLDER LITIGATION | Case No. CV-10-6352 MMM (JCG) (**Consolidated**) |
| | DECLARATION OF RAMZI ABADOU IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS |
| This Document Relates To: ALL ACTIONS | |

Pursuant to 28 U.S.C. §1746, Ramzi Abadou declares as follows:

1. I am a member of the bar of the State of California and a partner with the law firm of Kessler Topaz Meltzer & Check, LLP, lead counsel for lead plaintiff and the class.

2. I respectfully submit this declaration in support of Lead Plaintiff's Opposition to Defendants' Motions to Dismiss.

3. Attached hereto are true and correct copies of the following exhibits:

Exhibit 1: *Today Show* (NBC television broadcast March 12, 2011), which was manually filed, *see* Docket No. 83;

Exhibit 2: Peter J. Henning, *The Importance of Being Audited*, N.Y. Times, June 13, 2011;

Exhibit 3: *Investor Bulletin: Reverse Mergers*, U.S. Securities and Exchange Commission Office of Investor Education and Advocacy;

Exhibit 4: Transcript, APP – Q3 2008 American Apparel Earnings Conference Call, November 10, 2008;

Exhibit 5: Louise Story, *Politics Wrapped in a Clothing Ad*, N.Y. Times, January 18, 2008;

Exhibit 6: Excerpt from Securities and Exchange Commission Form DEFM14A, filed November 28, 2007;

Exhibit 7: Excerpt from Securities and Exchange Commission Form 10-K, filed March 31, 2010;

Exhibit 8: Excerpt from Securities and Exchange Commission Form 8-K, filed March 16, 2009;

Exhibit 9: Excerpt from Securities and Exchange Commission Form 8-K, filed December 18, 2007;

Exhibit 10: David J. Reynolds, *Charney, in a First, Buys American Apparel Shares*, Wall Street Journal, March 25, 2009;

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 30, 2011

**KESSLER TOPAZ  
MELTZER & CHECK, LLP**

*/s/ Ramzi Abadou*  
Ramzi Abadou  
Eli R. Greenstein  
Stacey M. Kaplan  
Erik D. Peterson  
580 California Street, Suite 1750  
San Francisco, CA 94104  
Telephone: (415) 400-3000  
Facsimile: (415) 400-3001

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 30, 2011.

*/s/ Ramzi Abadou*
Ramzi Abadou

**Mailing Information for a Case 2:10-cv-06352-MMM -JCG**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case

- **Ramzi Abadou**
  rabadou@ktmc com,shebard@ktmc com

- **Seth A Aronson**
  saronson@omm com,LitigationCalendar@omm com

- **David E Bower**
  dblaw@mindspring com,dbower@zlk com

- **Arthur J Chen**
  Achen@aftlaw com

- **Jack G Fruchter**
  jfruchter@aftlaw com

- **Lionel Zevi Glancy**
  lglancy@glancylaw com

- **Michael Marc Goldberg**
  mmgoldberg@glancylaw com,dmacdiarmid@glancylaw com,asohrn@glancylaw com,info@glancylaw com,rprongay@glancylaw com,lglancy@glancylaw com

- **Eli R Greenstein**
  egreenstein@ktmc com

- **Stacey M. Kaplan**
  skaplan@ktmc com

- **Chet A Kronenberg**
  ckronenberg@stblaw com

- **Amy J Longo**
  alongo@omm com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw com,e_file_sd@rgrdlaw com

- **Brian Oliver O'Mara**
  bomara@rgrdlaw com,e_file_sd@rgrdlaw com

- **Erik David Peterson**
  epeterson@ktmc com,knguyen@ktmc com

- **Harriet S Posner**
  hposner@skadden com,gijones@skadden com,nberglun@skadden com

- **Robert Vincent Prongay**
  rprongay@glancylaw com

- **Darren J Robbins**
  e_file_sd@rgrdlaw com

- **Laurence M Rosen**
  lrosen@rosenlegal com

- **Mitchell M Z Twersky**
  mtwersky@aftlaw com

- **David C Walton**
  davew@rgrdlaw com,e_file_sd@rgrdlaw com

- **Christopher M Wood**
  cwood@rgrdlaw com,e_file_sd@rgrdlaw com,e_file_sf@rgrdlaw com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing)  You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients

```
Phillip Kim
The Rosen Law Firm PA
350 Fifth Ave Ste 5508
New York, NY 10118
```