KESSLER TOPAZ
MELTZER & CHECK, LLP
Ramzi Abadou (222567)
rabadou@ktmc.com
Eli R. Greenstein (217945)
egreenstein@ktmc.com
Stacey M. Kaplan (241989)
skaplan@ktmc.com
Erik D. Peterson (257098)
epeterson@ktmc.com
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Lead Counsel for Lead Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| IN RE AMERICAN APPAREL, INC. SHAREHOLDER LITIGATION | Case No. CV-10-6352 MMM (JCG) (**Consolidated**) |
| | SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS |
| This Document Relates To: ALL ACTIONS | Hearing Date: September 12, 2011<br>Time: 10:00 a.m.<br>Courtroom: 780<br>Judge: Hon. Margaret M. Morrow |

**REQUEST FOR JUDICIAL NOTICE**

On September 7, 2011, after many months of diligent effort, Lead Counsel received a final response (along with hundreds of pages of highly probative documents) from the U.S. Department of Homeland Security ("DHS") and U.S. Immigration and Customs Enforcement ("ICE") pursuant to Lead Counsel's Freedom of Information Act ("FOIA") request dated April 6, 2011. Pursuant to Federal Rule of Evidence 201(b) and (f), Lead Plaintiff respectfully seeks judicial notice of the following two exhibits in opposition to Defendants' motions to dismiss the Complaint:

1. A true and correct copy of a "Department of Homeland Security – ICE Report of Investigation: Topic – Results of I-9 Inspection" attached to the concurrently filed Supplemental Declaration of Ramzi Abadou in Support of Lead Plaintiff's Opposition to Defendants' Motions to Dismiss ("Supp. Abadou Decl.") as **Exhibit 11**.

2. A true and correct copy of an "ICE Memorandum to Case File – Determination of Civil Money Penalty" attached to the concurrently filed Supp. Abadou Decl. as **Exhibit 12**.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Rule 201(b) of the Federal Rules of Evidence provides that "[a] judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *Patel v. Parnes*, 253 F.R.D. 531, 544-45 (C.D. Cal. 2008) (Morrow, J.); *see In re Turbodyne Techs., Inc. Sec. Litig.*, 2000 U.S. Dist. LEXIS 23020, at *25 (C.D. Cal. 2000) (Morrow, J.). Exhibits 11 & 12 satisfy these requirements. *See id.* Given the close proximity to the hearing set for this matter on September 12, 2011, and in an effort to provide the Court and all parties sufficient time to review these exhibits on the eve of the hearing, at the present time, Lead Plaintiff respectfully submits only this limited number of documents from DHS.

1     **EXHIBIT 11**

2     Exhibit 11 is a Report of Investigation from the DHS (ICE) concerning its I-9 inspection of American Apparel ("ICE Report"). The ICE Report states that "[o]n ***March 29, 2007***, the office of the DHS-ICE SAC/LA office, initiated an investigation targeting American Apparel, who appeared to be unlawfully employing aliens who are unauthorized to work in the United States, in violation of Title 8, United States Code, Section 1324a."[1] Exhibit 11 also reveals that, of the 2,297 American Apparel manufacturing employees whose I-9 forms contained alien numbers, "1,942 or ***84.5%***" were found to be unauthorized to work in the United States by ICE.

    **EXHIBIT 12**

    Exhibit 12 is an ICE Memorandum to Case File – Determination of Civil Money Penalty ("ICE Internal Memo"). The ICE Internal Memo concluded that:

- "American Apparel demonstrated by committing the 322 substantive verification violations that completing the Forms I-9 properly was ***not a priority*** for their company."

- "American Apparel runs the risk of hiring unauthorized aliens by not preparing Forms I-9 for all of their employees. This can be shown by the ***large number*** amount of unauthorized aliens employed at their company."

- "American Apparel USA, LLC has a workforce in which a ***large percent*** of their workforce are lacking work authorization status and are unauthorized to be in the United States."

DATED: September 8, 2011                         KESSLER TOPAZ
                                                                 MELTZER & CHECK, LLP

                                                                  */s/ Ramzi Abadou*
                                                                  Ramzi Abadou
                                                                  Eli R. Greenstein
                                                                  Stacey M. Kaplan
                                                                  Erik D. Peterson
                                                                  580 California Street, Suite 1750
                                                                  San Francisco, CA 94104
                                                                  Telephone: (415) 400-3000
                                                                  Facsimile: (415) 400-3001

---

[1] All emphasis is added.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 8, 2011.

*/s/ Ramzi Abadou*
Ramzi Abadou

# Mailing Information for a Case 2:10-cv-06352-MMM -JCG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@ktmc.com,csheppard@ktmc.com

- **Seth A Aronson**
  saronson@omm.com,LitigationCalendar@omm.com

- **David E Bower**
  dblaw@mindspring.com,dbower@zlk.com

- **Arthur J Chen**
  Achen@aftlaw.com

- **Jennifer H Cheng**
  jennifercheng@omm.com

- **Michael G Freedman**
  mfreedman@stblaw.com

- **Jack G Fruchter**
  jfruchter@aftlaw.com

- **Lindsay Lara Geida**
  lgeida@omm.com,hbattistoni@omm.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael Marc Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,asohrn@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com,lglancy@glancylaw.com

- **Eli R Greenstein**
  egreenstein@ktmc.com

- **Gila D Jones**
  gila.jones@skadden.com

- **Stacey M Kaplan**
  skaplan@ktmc.com

- **Chet A Kronenberg**
  ckronenberg@stblaw.com

- **Amy J Longo**
  alongo@omm.com

- **Peter Bradley Morrison**
  peter.morrison@skadden.com,alejandra.lopez@skadden.com,allison.velkes@skadden.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Erik David Peterson**
  epeterson@ktmc.com,knguyen@ktmc.com

- **Harriet S Posner**
  hposner@skadden.com,gijones@skadden.com,nberglun@skadden.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **Mitchell M Z Twersky**
  mtwersky@aftlaw.com

- **David C Walton**
  davew@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher M Wood**
  cwood@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Phillip Kim
The Rosen Law Firm PA
350 Fifth Ave Ste 5508
New York, NY 10118
```