UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-06352-MMM(JCGx) | Date | September 12, 2011 |

| | |
|---|---|
| Title | *In re* American Apparel, Inc. Shareholder Litigation |

| | |
|---|---|
| Present: The Honorable | MARGARET M. MORROW |

| ANEL HUERTA | MARK SCHWEITZER |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present

Harriet Posner; Peter Morrison = American Apparel
Seth Aronson = Charney & Kowalewski
Chet Kroneberg = Lion Capital LLP & Lion Capital (Americas) Inc.

**Proceedings:**   **Defendant Am. Apparel's Motion to Dismiss Consolidated Class Action[73]; Deendant Charney & Kowalewski's Motion to Dismiss[76]; Defendant Lion Capital & Lion Capital's (Americas) Motion to Dismiss Consolidate Class Action[77]**

　　　　The court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, the court takes the motions under submission.

　　　　The parties shall file a five page brief regarding the request for judicial notice [97] by 5:00pm on September 14, 2011.

| | | | |
|---|---|---|---|
| | | 00 | : 25 |
| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk | AH |